United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17684-mdc
John Renzi                                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW           Page 1 of 2           Date Rcvd: Aug 16, 2018
                       Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db          +John Renzi,   10824 Harrow Road,   Philadelphia, PA 19154-3914
14023344    +Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
14012930    +Convergent Outsourcing, Inc,   Po Box 9004,   Renton, WA 98057-9004
14091394    +Dunne Law Offices, P.C.,   1515 Market Street, Suite 1200,   Philadelphia, PA 19102-1932
14176112    +PENNSYLVANIA HOUSING FINANCE AGENCY.,   c/o REBECCA SOLARZ,   KML Law Group, P.C.,
              710 Market Street,   Suite 5000,   Philadelphia, PA 19106-2312
14012934    +Philadelphia Co Drs,   34 S 11th St Rm 304,   Philadelphia, PA 19107-3623
14012935    +Santander Consumer USA,   5201 Rufe Snow Drive,   Suite 400,
              North Richland Hills, TX 76180-6036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Aug 17 2018 02:14:29    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2018 02:14:07
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2018 02:14:24    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2018 02:13:53    Ally Financial Inc.,
              P.O. Box 130424,   Roseville, MN 55113-0004
14012927    +E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2018 02:13:53    Ally Financial,
              Attn: Bankruptcy,   Po Box 380901,   Bloomington, MN 55438-0901
14030576     E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2018 02:13:53    Ally Financial Lease Trust,
              PO Box 130424,   Roseville MN 55113-0004
14012928    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 17 2018 02:15:27    Capital One,
              Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14012929    +E-mail/Text: bkr@cardworks.com Aug 17 2018 02:13:51    Cardworks/CW Nexus,   Attn: Bankruptcy,
              Po Box 9201,   Old Bethpage, NY 11804-9001
14012931    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 17 2018 02:15:47    Credit One Bank Na,
              Po Box 98873,   Las Vegas, NV 89193-8873
14092097     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2018 02:16:05
              LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14012932    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2018 02:15:31
              LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
14092100     E-mail/Text: bkr@cardworks.com Aug 17 2018 02:13:51    MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14051756     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 02:15:28
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14012933    +E-mail/Text: blegal@phfa.org Aug 17 2018 02:14:18    Pa Housing Finance Age,   Po Box 8029,
              Harrisburg, PA 17105-8029
14012936    +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:16:02    Syncb Bank/American Eagle,
              Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Aug 16, 2018
                              Form ID: pdf900             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:

        REBECCA ANN SOLARZ   on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
         bkgroup@kmllawgroup.com
        REGINA   COHEN   on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
         ksweeney@lavin-law.com
        STEPHEN MATTHEW DUNNE    on behalf of Debtor John   Renzi bestcasestephen@gmail.com,
         dunnesr74587@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                               TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **John Renzi,** | : | |
| **Debtor.** | : | **Bankruptcy No. 17-17684-MDC** |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW,** upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: 8/16/18

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE