IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOHN RENZI                    :          NO. 17-17684-MDC
                                     :
        DEBTOR                       :          CHAPTER 13

### CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Order Dismissing Chapter 13

And Setting Deadline for Applications for Allowance of Administrative Expenses has

been served upon on all interested parties, on August 20, 2018 by regular first class mail.


                                     Respectfully submitted:

                                     DUNNE LAW OFFICES. P.C.

Dated: August 20 2018                By: /s/ *Stephen M. Dunne*
                                     STEPHEN M. DUNNE. ESQUIRE
                                     Attorney for Debtor
                                     1515 Market Street, Suite 1200
                                     Philadelphia, PA 19102
                                     (215) 551-7109  Phone
                                     (215) 525-9721 Fax