United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17684-mdc
John Renzi                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW         Page 1 of 1        Date Rcvd: Dec 06, 2018
                      Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db             +John Renzi,    10824 Harrow Road,    Philadelphia, PA 19154-3914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
      REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
       bkgroup@kmllawgroup.com
      REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
       ksweeney@lavin-law.com
      STEPHEN MATTHEW DUNNE    on behalf of Debtor John  Renzi bestcasestephen@gmail.com,
       dunnesr74587@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                        TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    Chapter 13
    John Renzi,                              :
        Debtor.                              :    Bankruptcy No. 17-17684-MDC

# O R D E R

**AND NOW**, upon consideration of the *Application for Compensation and Reimbursement of Expenses* (the "Fee Application")[1] filed by Stephen M. Dunne (the "Applicant"), counsel to the Debtor, in which the Applicant requests the allowance of compensation in the amount of $1,965.00.

**AND**, the Third Circuit Court of Appeals having held that the bankruptcy court "has a duty to review fee applications, notwithstanding the absence of objections by the United States Trustee . . ., creditors, or any other interested party, a duty which . . . derives from the court's inherent obligation to monitor the debtor's estate and to serve the public interest," *In re Busy Beaver Bldg. Centers, Inc*., 19 F.3d 833, 841 (3d Cir. 1994).

**AND**, the Applicant was not the Debtor's initial counsel, having replaced the Debtor's former counsel on April 13, 2018, after the Debtor's bankruptcy petition was filed and after the Debtor's Chapter 13 plan and required schedules and statements were filed.

**AND**, the Debtor's former counsel did not file an application for compensation prior to or after withdrawing as the Debtor's counsel.

**AND**, on August 16, 2018, the Debtor's bankruptcy case was dismissed for failure to file documents.

**AND**, the Fee Application reflects undated time entries for services that may have been performed by the Debtor's former counsel prior to his withdrawal.

It is hereby **ORDERED** that:

1.     A ruling on the Fee Application is **DEFERRED**.

---

[1] Bankr. Docket No. 32.

2. A hearing shall be held on **January 10, 2019, at 11:00 a.m.**, in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** (the "Show Cause Hearing"), to consider whether, pursuant to 11 U.S.C. §330, this Court should award compensation that is less than the amount of compensation that is requested in the Fee Application.

3. At the Show Cause Hearing, the Applicant shall be prepared to address the services Applicant provided to the Debtor before and after replacing the Debtor's former counsel on April 13, 2018.

Dated: December 5, 2018

THE HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107